

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Brian Lee Sporn,

Vs. No. 11-22-00349-CV

Bryan Collier et al.,

\* From the 106th District Court
of Dawson County,
Trial Court No. 22-10-20999.

\* December 19, 2024

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Williams, J., and Trotter, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we modify the order of the trial court dismissing Appellant's claims to reflect that Appellant's Section 1983 claim is dismissed without prejudice. As modified, we affirm the order of the trial court.